# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 24-1699
**Short Case Caption** Janssen Pharmaceuticals, Inc. v. Tolmar, Inc.
**Filing Party/Entity** Tolmar, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Janssen Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., No. 2:18-cv-00734 (D.N.J.)
>
> Janssen Pharmaceuticals, Inc. v. Mylan Laboratories Ltd., No. 2:19-cv-16484 (D.N.J.)
>
> Janssen Pharmaceuticals, Inc. v. Qilu Pharmaceutical Co., Ltd., No. 2:24-cv-07094 (D.N.J.)
>
> Janssen Pharmaceuticals, Inc. et al. v. Pharmascience, Inc. et al. No. 2:19-cv-21590 (D.N.J.)
>
> Janssen Pharmaceuticals, Inc. et al. v. Accord Healthcare, Inc., No. 2:22-cv-856 (D.N.J.)

☐    Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Accord Healthcare, Inc.

Accord Healthcare, Ltd. (Accord healthcare Ltd. and Intas Pharmaceuticals, Ltd. were dismissed without prejudice).

Intas Pharmaceuticals, Ltd.

Janssen Pharmaceuticals, Inc.

Janssen Pharmaceutica NV

Teva Pharmaceuticals USA, Inc.

Teva Pharmaceuticals Industries, Ltd. (Teva Pharmaceuticals USA, Inc. was dismissed without prejudice).

Mallinckrodt PLC

---

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

Akin Gump Strauss Hauer & Feld LLP (Caitlin E. Olwell; Matthew A. Pearson; Angela Verrecchio); Patterson Belknap Webb & Tyler (Jay J. Cho; Andrew D. Cohen; Gregory Diskant; Aron Fischer; Jeffrey Hughes; Meghan Larywon; Zhiqiang Liu; Barbara L. Mullin; Margaret O'Neil; A. Robert Quirk); Robinson Miller LLC (Michael J. Gesualdo; Keith J. Miller); Kirkland & Ellis LLP (Ashley Cade; Christopher T. Jagoe; Matthew A. Lembo; Mira A. Mulvaney; Ashley L.B. Ross; Gregory Springsted; Jeanna M. Wacker; John C. O'Quinn; William H. Burgess; Noah S. Frank); Walsh Pizzi O'Reilly Falanga LLP (Christine I. Gannon; Liza M. Walsh; William T. Walsh, Jr.); Katten Muchin Rosenman LLP (Guylaine Haché;

---

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/02/2024                Signature: /s/ William Rakoczy

                                Name:      William Rakoczy