No. 2024-1699

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JANSSEN PHARMACEUTICALS, INC.,

*Plaintiffs - Cross-Appellants,*

*v.*

TOLMAR, INC.

*Defendant - Appellant.*

Appeals from United States District Court for the District of Delaware in No. 21-cv-1784-WCB-SRB, Judge William C. Bryson, sitting by designation

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**

Tolmar, Inc. ("Appellant") hereby moves under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), for an extension of 119 days—from October 18, 2024, to Friday, February 14, 2025—to file Appellant's principal brief. Counsel for Janssen Pharmaceuticals, Inc. ("Cross-Appellant") has stated that Cross-Appellant does not oppose this motion.

This is Appellant's second request for an extension of time in this appeal. This Court previously granted Appellant an extension of 59 days to file Appellant's

principal brief.

As set forth below and in the accompanying Declaration of Kevin E. Warner, counsel for Appellant, there is good cause for the requested extension.

Appellant respectfully requests that this motion be granted.

Dated: September 5, 2024                    Respectfully submitted,

/s/ Kevin E. Warner
William A. Rakoczy
Kevin E. Warner
Natasha L. White
Ty. W Callahan
RAKOCZY MOLINO MAZZOCHI SIWIK
  LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157

Kevin P. Shortsle
David C. Van Dyke
HOWARD & HOWARD
ATTORNEYS, PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 372-4000

Joseph W. Barber
HOWARD & HOWARD
ATTORNEYS, PLLC
450 W. Fourth Street
Royal Oak, MI 48067
(248) 723-0456

*Counsel for Appellant Tolmar, Inc.*

# CERTIFICATE OF INTEREST FOR TOLMAR, INC.

Pursuant to Federal Circuit Rules 27(a)(7) and 47.4, counsel for Appellant Tolmar, Inc. certifies the following:

**1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). Provide the full names of all entities represented by undersigned counsel in this case.

Tolmar, Inc.

**2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

N/A

**3. Parent Corporations and Stockholders**. Fed. Cir. R. 47.4(a)(3). Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

Tolmar International Limited

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

R. Saleha Mohamedulla, Daniel A. Balavitch, and Madison J. Scaggs, Howard & Howard Attorneys PLLC; Adam W. Poff, Pilar G. Kraman, and Colin A. Keith, Young Conaway Stargatt & Taylor LLP

**5.** The case titles and numbers of any case known to be pending in this Court or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal include:

Janssen Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., No. 2:18-cv-00734 (D.N.J.)
Janssen Pharmaceuticals, Inc. v. Mylan Laboratories Ltd., No. 2:19-cv-16484 (D.N.J.)

Janssen Pharmaceuticals, Inc. v. Qilu Pharmaceutical Co., Ltd., No. 2:24-cv-07094 (D.N.J.)
Janssen Pharmaceuticals, Inc. et al. v. Pharmascience, Inc. et al. No. 2:19-cv-21590 (D.N.J.)
Janssen Pharmaceuticals, Inc. et al. v. Accord Healthcare, Inc., No. 2:22-cv-856 (D.N.J.)

**6.** Required disclosure of information under Fed. R. App. P. 26.1(b) includes:

None.

Dated: September 5, 2024

Respectfully submitted,

/s/ Kevin E. Warner
William A. Rakoczy
Kevin E. Warner
Natasha L. White
Ty. W Callahan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

Kevin P. Shortsle
David C. Van Dyke
HOWARD & HOWARD ATTORNEYS, PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 372-4000

Joseph W. Barber
HOWARD & HOWARD ATTORNEYS, PLLC
450 W. Fourth Street
Royal Oak, MI 48067
(248) 723-0456

*Attorneys for Appellant Tolmar, Inc.*

# DECLARATION OF KEVIN E. WARNER

1. I am an attorney at law duly admitted to practice law in the State of Illinois, and am a partner with the law firm of Rakoczy Molino Mazzochi Siwik LLP, counsel to appellant Tolmar, Inc. ("Appellant") in this matter.

2. I make this declaration as required by Federal Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days.

3. Appellant previously sought an extension of time of 59 days to file its principal brief. Appellant's principal brief is currently due October 18, 2024.

4. Appellant respectfully requests that the briefing schedule be revised again such that the deadline is extended by 119 days. If Appellant's request is granted, its principal brief would be due February 14, 2025.

5. Appellant requests this additional time in the interests of judicial economy in light of related pending litigation that may impact proceedings in this matter. Specifically, the patent at issue in this appeal, U.S. Patent No. 9,439,906 ("the '906 patent"), was also the patent at issue in another appeal in this Court. *See Janssen Pharmaceuticals, Inc. et al. v. Teva Pharmaceuticals USA, Inc. et al.*, No. 2022-1258, 2022-1307 (consolidated) ("Teva matter"). This Court issued a decision in the Teva matter on April 1, 2024, which vacated and remanded-in-part the district court's final judgment of nonobviousness of the '906 patent. *Id*. at Docket No. 70, at 39. The mandate issued on May 8, 2024.

6. Following remand to the district court, the parties in the Teva matter—including Plaintiffs-Cross Appellants here—agreed that the remand proceedings could be resolved on the basis of the evidence of record in the Teva matter and briefing addressing this Court's remand decision.

7. The briefing before the district court is now complete. The district court may now issue a decision that finds the '906 patent invalid as obvious, or nonobvious. Either outcome may affect proceedings in this matter.

8. Granting Appellant's requested extension would thus provide the parties to this appeal additional time to determine if the district court in the Teva matter issues a decision concerning the obviousness of the '906 patent, and then address the impact of any such decision in this matter. Conversely, granting Appellant's requested extension minimizes the chance that the parties to this appeal will be in the midst of briefing when the district court in the Teva matter issues a decision concerning the obviousness or nonobviousness of the '906 patent, which may affect positions in this matter.

9. Pursuant to Federal Circuit Rule 27(a)(2), Cross-Appellant Janssen Pharmaceuticals, Inc. does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2024

Respectfully submitted,

/s/     Kevin E. Warner
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:  312-222-7505
Email:  kwarner@rmmslegal.com

# United States Court of Appeals
# for the Federal Circuit

JANSSEN PHARMACEUTICALS, INC. v. TOLMAR, INC., No. 2024-1699

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 5, 2024**, **Appellant's Unopposed Motion For An Extension of Time to File Appellant's Principal Brief** was filed using the Court's CM/ECF filing system and served via e-mail on the following counsel:

| | |
|---|---|
| Jeremy A. Tigan<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com | Barbara L. Mullin<br>Aron Fischer<br>Andrew D. Cohen<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>bmullin@pbwt.com<br>afischer@pbwt.com<br>acohen@pbwt.com |

Dated: September 5, 2024	Respectfully submitted,

/s/ Kevin E. Warner
William A. Rakoczy
Kevin E. Warner
Natasha L. White
Ty. W Callahan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157

Kevin P. Shortsle
David C. Van Dyke
HOWARD & HOWARD ATTORNEYS PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 372-4000

Joseph W. Barber
HOWARD & HOWARD ATTORNEYS PLLC
450 W. Fourth Street
Royal Oak, MI 48067
(248) 723-0456

# United States Court of Appeals
# for the Federal Circuit

JANSSEN PHARMACEUTICALS, INC. v. TOLMAR, INC., Nos. 2024-1699

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1. The filing has been prepared using a proportionally-spaced typeface and includes 556 words.

2. The brief has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman font. As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: September 5, 2024

Respectfully submitted,

/s/ Kevin E. Warner
William A. Rakoczy
Kevin E. Warner
Natasha L. White
Ty. W Callahan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157

Kevin P. Shortsle
David C. Van Dyke
HOWARD & HOWARD
ATTORNEYS PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 372-4000

Joseph W. Barber
HOWARD & HOWARD
ATTORNEYS PLLC
450 W. Fourth Street
Royal Oak, MI 48067
(248) 723-0456